IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JAMEL C. LAW,

    Petitioner,

v.      Civil Action No. **3:19CV130**

MARK BOLSTER,

    Respondent.

## MEMORANDUM OPINION

Petitioner, a federal prisoner proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on March 18, 2019, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to pay the $5.00 filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. The Court warned Petitioner it would dismiss the action if Petitioner did not pay the filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. By Memorandum Order entered on March 29, 2019, the Court granted Petitioner a forty-five (45) day extension in which to pay the fee. More than forty-five (45) days have elapsed since the entry of the March 29, 2019 Memorandum Order and Petitioner has not submitted the filing fee or otherwise responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                         /s/
                                M. Hannah Lauck
                                United States District Judge

Date: MAY 3 0 2019
Richmond, Virginia